UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION
Case No. 13-14406-CIV-GRAHAM/LYNCH

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

HANNAT BECKER, et al.,

    Defendants.

_____/

**CLOSED
CIVIL
CASE**

### DEFAULT FINAL JUDGMENT

    **THIS MATTER** is before the Court upon Plaintiff's Motion for Default Final Judgment. [D.E. 33].

    **THE COURT** has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised in the premises. Based thereon, it is hereby

    **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Final Judgment [D.E. 33] is **GRANTED** as follows:

    1. Judgment is hereby entered in favor of Plaintiff and against Defendants Hannat Becker, individually and as an officer, director, shareholder and/or principal of Natty, Inc. d/b/a Gyro Plus and Natty, Inc. d/b/a Gyro Plus;

    2. Plaintiff shall recover statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II) from Defendants in the amount of Eleven Hundred Dollars and 00/100 Cents ($1,100.00);

    3. Plaintiff shall recover statutory damages pursuant to 47

1

U.S.C. §605(e)(3)(C)(ii) from Defendants in the amount of Two Thousand Dollars and 00/100 Cents ($2,000.00); and

4. Plaintiff shall recover attorney's fees pursuant to 47 U.S.C. §605(e)(3)(B)(iii) from Defendants in the amount of Fifteen Hundred Dollars and 00/100 Cents ($1,500.00). Plaintiff shall also recover taxable costs in the amount of Four Hundred Twenty Dollars and 00/100 Cents ($420.00). It is further

**ORDERED AND ADJUDGED** that the total default final judgment amount of Five Thousand Twenty Dollars and 00/100 ($5,020.00) shall bear interest from the date of this judgment at the rate prescribed by 28 U.S.C. §1961, all for which let execution issue forthwith in accordance with Federal Rule of Civil Procedure 69(a). It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case and all other pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of August, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record

Hannat Becker, <u>Pro</u> <u>Se</u>
3025 Sunrise Drive
Sebring, Florida 33872

Natty, Inc.
4141 U.S. Highway 27 N, #1
Sebring, Florida 33870